O

JS-6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JOSEPH ALEXANDER FLORES, | ) | NO. SACV 13-0169-JGB (AS) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| DAVID B. LONG, Warden, | ) | |
| Respondent. | ) | |

   Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

   IT IS ADJUDGED that the Petition is denied and dismissed with prejudice.

   DATED: June 5, 2014.

                                   _____
                                        JESUS B. BERNAL
                                   UNITED STATES DISTRICT JUDGE